In the Matter of the Accounting of OSWALD W. KNAUTH et al., as Trustees of the Trusts for the Benefit of OLIVER D. KNAUTH, Established by ANNA D. KNAUTH, by OSWALD W. KNAUTH. AGNES W. MARTIN, as Executrix of GEORGE W. MARTIN, Deceased, et al., Respondents; OLIVER D. KNAUTH, Appellant.— It cannot be held at this time that under no circumstances in the future would respondent-appellant be entitled to an additional right or interest in the income of this trust which was drawn specifically to protect him against his own improvidence. Concur — Botein, P. J., Rabin, Valente, Eager and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CYNTHIA BLASENSTEIN, Appellant.— The complaint upon which the prosecution was based made no mention of defendant-appellant, charged another person having an entirely different name with the commission of the alleged misdemeanor and there was no charge against appellant. Concur — Botein, P. J., Rabin, Valente, Eager and Bergan, JJ.

JOHN A. STEPHEN, Formerly Known as HANS AUGSTEIN, and OTTO AUGSTEIN v. ZIVNOSTENSKA BANKA et al.— Motion for leave to appeal to the Court of Appeals and for an extension of time to file proof of claim granted. The following question is certified: Were the orders of Special Term entered April 13, 1960 and March 16, 1961 properly made? Settle order on notice. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

ELIZABETH H. DERBY v. PRO V. PREWITT.— Motion for leave to reargue denied, with $10 costs. Concur — Rabin, J. P., Valente, McNally, Stevens and Bastow, JJ.

(A) EMANUEL FASKE v. JOSEPH GERSHAM et al. (B) CATHEDRAL BROADWAY CORPORATION v. LESTER LOCKWOOD ENTERPRISES, INC.— Application denied, with $10 costs. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.

(A) THE PEOPLE OF THE STATE OF NEW YORK v. MARCELINO TIRADO. (B) THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH BOOTH. (C) THE PEOPLE OF THE STATE OF NEW YORK v. ARTHUR WILLIAMS. (D) THE PEOPLE OF THE STATE OF NEW YORK v. EDWARD MATHIAS. (E) THE PEOPLE OF THE STATE OF NEW YORK v. RICHARD F. CAMPBELL. (F) THE PEOPLE OF THE STATE OF NEW YORK v. WILLIE JAMES FISHER. (G) THE PEOPLE OF THE STATE OF NEW YORK v. HENRY WEBB. (H) THE PEOPLE OF THE STATE OF NEW YORK v. ERNEST WIGGINS. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ. (I) THE PEOPLE OF THE STATE OF NEW YORK v. WILKEN McCREA. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.— [In each action] Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein.